UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Deandre Murrell**                       **Docket No. 4:18-CR-78-6BO**

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deandre Murrell, who, upon an earlier plea of guilty to Distribution of a Quantity of Heroin and Fentanyl and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 19, 2019, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Deandre Murrell was released from custody on November 15, 2021, at which time the term of supervised release commenced.

On May 12, 2022, a Violation Report was submitted to the Court reporting that Murrell was charged with Speeding and Reckless Driving With Wanton Disregard by the Winterville police Department, in Pitt County, North Carolina. On August 12, 2020, the Court permitted supervision to continue. On April 8, 2023, Murrell pled responsible to the lesser offense of Speeding.

On May 10, 2023, a Violation Report was submitted to the Court reporting that Murrell was charged with Littering and Hit or Run Leaving the Scene of Property Damage by the Kinston police Department, in Lenoir County, North Carolina. On May 10, 2023, the Court permitted supervision to continue. On November 23, 2023, Murrell pled responsible to the lesser offense of Unsafe Movement.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 7, 2024, Murrell committed, and was charged with the misdemeanor offense of Driving While Impaired, by the Kinston Police Department (KPD), in Lenoir County, North Carolina. On September 10, 2024, investigative material was received from the KPD and reviewed. On September 11, 2024, when confronted, Murrell admitted to consuming alcohol and falling asleep in the driver's seat at a local McDonalds while the car was running. Murrell was verbally reprimanded for his actions and expressed remorse. As a sanction for the violation conduct, it is respectfully recommended that the defendant be placed on a curfew to be determined by the probation office, and to be monitored with Location Monitoring: Radio Frequency equipment through November 14, 2024, when his term of supervised release is set to expire. It is also recommended the defendant must pay all of the cost of the program. The defendant agreed to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer until November 14, 2024, when his term of supervised release is set to expire. The defendant is restricted to him residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Deandre Murrell
Docket No. 4:18-CR-78-6BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: September 18, 2024

ORDER OF THE COURT

Considered and ordered this 18 day of September, 2024, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge